# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Six Hundred Ninety Five Dollars ($695.00) in U.S.<br>Currency, more or less, seized from Phat Stuff,<br>Keene, New Hampshire; et al,<br><br>        Defendants *in rem.* | Civil No. |

## MOTION TO SEAL CASE FILE AND DOCKET ENTRIES
## UP TO AN INCLUDING JULY 15, 2014

Pursuant to Local Rule 83.11(c), the United States of America requests that all filings and orders in the above-captioned case, including this Motion to Seal Case File and Docket Entries, be sealed at Level II up to and including July 15, 2014.  In support thereof, the United States states as follows:

    1.  There is a related grand jury criminal investigation in progress.  Indictments are anticipated but have not yet been issued.  Premature disclosure of the facts of this case could result in prejudice to the investigation.

    2.  Due to the nature of this motion, no memorandum of law is necessary.

3.  For the reasons stated herein, the United States respectfully requests that the Court seal the case file and all filings and orders at Level II up to and including July 15, 2014.

                                               Respectfully submitted,

                                               JOHN P. KACAVAS
                                               United States Attorney

Dated: July 3, 2014              By:      /s/ Robert J. Rabuck
                                               Robert J. Rabuck
                                               NH Bar No. 2087
                                               Assistant U.S. Attorney
                                               District of New Hampshire
                                               53 Pleasant Street
                                               Concord, New Hampshire
                                               603-225-1552
                                               rob.rabuck@usdoj.gov