

U.S. Department of Justice

United States Attorney
District of New Hampshire

Federal Building 603/225-1552
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

July 14, 2014

Daniel J. Lynch, Clerk of Court
United States District Court
The District of New Hampshire
Warren B. Rudman Federal Courthouse
55 Pleasant Street, Room 110
Concord, NH 03301-3941

    RE:    U.S. v. $695.00 in U.S. Currency, more or less,
            seized from Phat Stuff, Keene, NH, et al.
            <u>Civil No. 14-294-PB, U.S.D.C., D.N.H.</u>

Dear Mr. Lynch:

    The seal in this case expires on July 15, 2014. This letter will confirm that the Court may unseal the case at this time.

    Please call me should you have any questions.

                                    Sincerely,

                                    JOHN P. KACAVAS
                                    United States Attorney

                    By: _____
                                   Robert J. Rabuck
                                   Assistant U.S. Attorney