# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Six Hundred Ninety Five Dollars ($695.00) in U.S. )<br>Currency, more or less, seized from Phat Stuff, )<br>Keene, New Hampshire; et al, )<br>)<br>    Defendants *in rem.* )<br>_____) | Civil No. 14-294-PB |

## AFFIDAVIT OF SERVICE

I certify that on July 18, 2014, copies of the Verified Complaint for Forfeiture *in rem*, Notice of Forfeiture Complaint, Summons and Warrant of Arrest in Rem, and Notice of Electronic Case Filing, in the above-entitled matter, were served on Charles Keefe, Esq., counsel for Katie Eliopoulos, by certified mail.

                                                                        Respectfully submitted,

                                                                        JOHN P. KACAVAS
                                                                        United States Attorney


Dated: July 23, 2014         By:     /s/ Robert J. Rabuck
                                                                        Robert J. Rabuck
                                                                        N.H. Bar No. 2087
                                                                        Assistant U.S. Attorney
                                                                        U.S. Attorney's Office
                                                                        53 Pleasant Street, Fourth Floor
                                                                        Concord, NH 03301
                                                                        603-225-1552
                                                                        rob.rabuck@usdoj.gov