# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Six Hundred Ninety Five Dollars ($695.00) in U.S. )<br>Currency, more or less, seized from Phat Stuff, )<br>Keene, New Hampshire; et al, )<br>)<br>   Defendants *in rem.* )<br>_____) | Civil No. 14-294-PB |

## AFFIDAVIT OF SERVICE

I certify that on July 18, 2014, copies of the Verified Complaint for Forfeiture *in rem*, Notice of Forfeiture Complaint, Summons and Warrant of Arrest *in rem*, and Notice of Electronic Case Filing, in the above-entitled matter, were served on Ford Motor Credit, by certified mail.

                  Respectfully submitted,

                  JOHN P. KACAVAS
                  United States Attorney

Dated: July 28, 2014    By:  /s/ Robert J. Rabuck
                 Robert J. Rabuck
                 N.H. Bar No. 2087
                 Assistant U.S. Attorney
                 U.S. Attorney's Office
                 53 Pleasant Street, Fourth Floor
                 Concord, NH 03301
                 603-225-1552
                 rob.rabuck@usdoj.gov