**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|          ) | |
|      **Plaintiff,**      ) | |
|          ) | |
| **v.**         ) | **Case No. 14-294-PB** |
|          ) | |
| **Six Hundred Ninety Five Dollars ($695.00) in**  ) | |
| **U.S. Currency, more or less, seized from Phat**  ) | |
| **Stuff, Keene, New Hampshire; et al,**  ) | |
|          ) | |
|      **Defendants *in rem***      ) | |
| _____) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Panagiotes Eliopoulos.

Date:  August 20, 2014                  /s/   Charles J. Keefe_____
                                         **Signature**

                                     Charles J. Keefe_____   14029__
                                         **Print Name**              **Bar Number**

                                     184 Main Street, Suite 222_____
                                         **Address**

                                     Nashua, New Hampshire 03060_____
                                       **City/State**             **Zip Code**

                                      (603) 595-0007      keefe@wbdklaw.com
                                       **Phone Number**        **Email Address**

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: Rob Rabuck, AUSA.

Date:  August 20, 2014                  /s/   Charles J. Keefe_____
                                           **Signature**

ERROR: undefined
OFFENDING COMMAND:

STACK: