IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )   Case No. 14-294-PB<br>) |
| **Six Hundred Ninety Five Dollars ($695.00) in U.S. Currency, more or less, seized from Phat Stuff, Keene, New Hampshire; et al,** | )<br>)<br>)<br>) |
| **Defendants** *in rem* | )<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Katie Eliopoulos.


Date:  August 20, 2014               /s/   Charles J. Keefe_____
                                     **Signature**

                                     Charles J. Keefe              14029\_\_
                                     **Print Name**                **Bar Number**

                                     184 Main Street, Suite 222_____
                                     **Address**

                                     Nashua, New Hampshire 03060\_
                                     **City/State**              **Zip Code**

                                     (603) 595-0007      keefe@wbdklaw.com
                                     **Phone Number**         **Email Address**

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: Rob Rabuck, AUSA.

Date:  August 20, 2014               /s/   Charles J. Keefe_____
                                     **Signature**

```
ERROR: undefined
OFFENDING COMMAND:

STACK:
```