IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 14-294-PB |
| | ) |
| Six Hundred Ninety Five Dollars ($695.00) in | ) |
| U.S. Currency, more or less, seized from Phat | ) |
| Stuff, Keene, New Hampshire; et al, | ) |
| | ) |
| Defendants *in rem* | ) |
| | ) |

<u>Notice of Claim
Pursuant to Rule G(5)(a)(i) of the Supplemental Rules
for Certain Admiralty and Maritime Claims</u>

NOW COMES Katie Eliopoulos, (the "Claimant"), and submits this Claim in the above-captioned matter. In support of this filing, the Claimant asserts the following:

1. The specific property to which the Claimant is submitting this Claim is six hundred ninety-five dollars ($695.00) in U.S. currency seized from Phat Stuff, Keene, New Hampshire; funds in the amount of $3,737.23, seized from TD Bank Business Core Checking Account no. 9240737655, in the name of Phat Stuff; funds in the amount of $906.78, seized from TD Bank Convenience Checking Account no. 9244068759, in the name of Phat Stuff; one 2011 Ford F250, NH registration 2977098, VIN # 1FT7W2B68BEA60933, registered to Panagiotes and Katie Eliopoulos; one lot of forty-two boxes of assorted glass bongs, seized from Phat Stuff, Keene, New Hampshire; one lot of twelve boxes of assorted glass

water pipes seized from Phat Stuff, Keene, New Hampshire; one lot of twenty-one boxes of assorted glass carburetor pipes, seized from Phat Stuff, Keene, New Hampshire; one box of assorted carburetor pipes, seized from Phat Stuff, Keene, New Hampshire; one lot of four boxes of assorted glass pipes, seized from Phat Stuff, Keene, New Hampshire; one box of assorted grinders, with screens, seized from Phat Stuff, Keene, New Hampshire; one lot of two boxes of assorted rolling papers, seized from Phat Stuff, Keene, New Hampshire; one lot of four boxes of assorted grinders, seized from Phat Stuff, Keene, New Hampshire; one lot of four boxes of assorted glassware, seized from Phat Stuff, Keene, New Hampshire; one lot of 15 boxes of assorted hookah pipes, seized from Phat Stuff, Keene, New Hampshire; one lot of two boxes of assorted vaporizers, seized from Phat Stuff, Keene, New Hampshire; one box of assorted diversion safes, seized from Phat Stuff, Keene, New Hampshire; one box of assorted pipes and digital scales, seized from Phat Stuff, Keene, New Hampshire; one box of assorted glass pipes and metal chamber pipes, seized from Phat Stuff, Keene, New Hampshire; one box of assorted diversion hides and stone pipes, seized from Phat Stuff, Keene, New Hampshire; one box of assorted glass mouth pieces, seized from Phat Stuff, Keene, New Hampshire; one box of assorted glass mouth pieces, glassware, and electronic cigarettes, seized from Phat Stuff, Keene, New Hampshire; one box of assorted ceramic bongs, seized from Phat Stuff, Keene, New Hampshire; one box of assorted glass chillums, seized from Phat Stuff, Keene, New Hampshire; one box of assorted chillums, seized from Phat Stuff, Keene, New Hampshire; one box of assorted carburetor pipes and a carburetor mask, seized from Phat Stuff, Keene, New Hampshire; one lot of two boxes of assorted ceramic pipes, seized from Phat

Stuff, Keene, New Hampshire; one box of containers of 420 cleaner, seized from Phat Stuff, Keene, New Hampshire; and one box of assorted carburetor masks, seized from Phat Stuff, Keene, New Hampshire.

2. The Claimant is Katie Eliopoulos, who owns the property.

3. The Claimant hereby asserts an interest in the Property as its owner.

4. The Claimant signs this Claim under the penalty of perjury.

STATE OF NEW HAMPSHRIRE )     ATTESTATION
HILLSBOROUGH COUNTY, SS )

I, Katie Eliopoulos, on this 20th day of August, 2014, attest and swear that the foregoing statements are true and accurate to the best of my knowledge and belief.

    /s/ Katie Eliopoulos
    Katie Eliopoulos

STATE OF NEW HAMPSHIRE )
HILLSBOROUGH COUNTY, SS )

On this 20th day of August, 2014, before me appeared Katie Eliopoulos and to me personally known, or identity was verified, who being duly sworn did state the statements made in the attestation above are true to the best of her knowledge, information and belief.

/s/ Stacey Denis
Stacey Denis
Notary Public

My Commission Expires:     July 28, 2015

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 20, 2014 | Katie Eliopoulos<br>By her attorneys, |
|  | Wilson, Bush, Durkin & Keefe, P.C. |
|  | By: /s/ Charles J. Keefe<br>Charles J. Keefe, NH Bar #14209<br>184 Main Street, Suite 222<br>Nashua, NH 03060<br>(603) 595-0007<br>keefe@wbdklaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served electronically via ECF upon the following:

Rob Rabuck, Esq.          rob.rabuck@usdoj.gov

                                   /s/ Charles Keefe
                                   Charles Keefe

```
ERROR: undefined
OFFENDING COMMAND:

STACK:
```