**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil No. 14-294-PB |
| | ) |
| Six Hundred Ninety Five Dollars ($695.00) in U.S. | ) |
| Currency, more or less, seized from Phat Stuff, | ) |
| Keene, New Hampshire; et al, | ) |
| | ) |
| Defendants *in rem.* | ) |
| _____ | ) |

**DECLARATION OF PUBLICATION**

Notice of Civil Forfeiture was posted on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days, beginning on July 17, 2014,

as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

August 21, 2014 at Concord, NH.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney


By:     /s/ Robert J. Rabuck
        Robert J. Rabuck
        N.H. Bar No. 2087
        Assistant U.S. Attorney
        U.S. Attorney's Office
        53 Pleasant Street, Fourth Floor
        Concord, NH 03301
        603-225-1552
        rob.rabuck@usdoj.gov