# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE
## COURT CASE NUMBER: 14-CV-294-PB; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

2011 Ford F-250 Truck VIN# 1FT7W2B68BEA60933 (14-DEA-598574) which was seized from Katie Eliopoulos and Panagiotes Eliopoulos on May 07, 2014 at 189 Winchester Road, located in Richmond, NH

TD Bank, Holiday Club Savings Acct. #9734334339, VL: $9,871.00 Acct# 9734334339 (14-DEA-598596) which was seized from Panagiotes Eliopoulos on May 07, 2014 at TD Bank, 100 Main Street, located in Keene, NH

TD Bank, Checking Acct. #9240737655, VL: $3,737.23 Acct# 9240737655 (14-DEA-598634) which was seized from Phat Stuff on May 07, 2014 at TD Bank, 100 Main Street, located in Keene, NH

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (July 17, 2014) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 55 Pleasant Street, Room 110, Concord, NH  03301, and copies of each served upon Assistant United States Attorney Robert J. Rabuck, 53 Pleasant Street, 4th Floor, Concord, NH 03301, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.