## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>   )<br>   **Plaintiff**   )<br>   )<br>**V.**   )<br>   )<br>**Six Hundred Ninety Five Dollars ($695.00) in**   )<br>**U.S. Currency, more or less, seized from Phat**   )<br>**Stuff, Keene, New Hampshire; et al,**   )<br>   )<br>   **Defendants** *in rem*   )<br>   )<br>_____   ) | **Case No. 14-294-PB** |

## ORDER

**NOW,** on this _____ day of _____, 2014, the Court takes into consideration Ford Motor Credit's (Claimant) Assented to Motion to Extend Time. After reviewing the Motion, Ford Motor Credit's Motion is hereby granted.

**IT IS SO ORDERED,**

**DATE**_____                              _____
                                                                                    **JUDGE**