UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


v.                                          Civil Case No.


**DISCLOSURE STATEMENT**
**LOCAL RULE 7.1.1**

[This form is to be completed and filed only by parties that are nongovernmental corporations, partnerships, or limited liability companies.  Check the appropriate box(es).]

❏  The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

❏  The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

❏  The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

❏  The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

❏  The filing party has none of the above.


(Added 1/1/01; amended 1/1/03, 12/1/09, 12/1/13)