**IN THE UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br>**v.**<br><br>**Six Hundred Ninety Five Dollars ($695.00) in U.S. Currency, more or less, seized from Phat Stuff, Keene, New Hampshire; et al,**<br><br>**Defendants *in rem*** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 14-294-PB** |

**VERIFIED CLAIM OF FORD MOTOR CREDIT COMPANY**

TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ford Motor Credit Company has an interest in the defendant *in rem* property, one 2011 Ford F250, Vin #1FT7W2B68BEA60933, registered to Panagiotes and Katie Eliopoulos.

1. On or about December 29, 2010, Panagiotes J Eliopoulos and Katie A Eliopoulos executed and delivered to Ford Motor Credit a Retail Installment Contract in the principal amount of $35,258.50. A copy of the contract and Title are attached hereto as Exhibit A.

2. The contract gives Ford Motor Credit a secured interest in one 2011 Ford F250, Vin #1FT7W2B68BEA60933.

3. As of September 3, 2014, the principal and interest balance owing is $16,535.31. Interest will continue to accrue under the contract at a rate of 6.9% per diem from September 3, 2014.

4. By virtue of Ford Motor Credit Company's interest in the defendant property, Ford Credit Company demands restitution and the right to defend this action.

Respectfully submitted,
Ford Motor Credit
By its attorneys,
Niederman, Stanzel & Lindsey, PLLC

Dated: September 4, 2014

By: /s/ Jay M Niederman
Jay M. Niederman, NH Bar #1874
55 West Webster Street
Manchester, NH 03104
603-668-5960
jay@nslnh.com

**VERIFICATION**

I, Wendy Smith, am the Team Leader, of Ford Motor Credit Company, and I am authorized to make this verification on its behalf. I have read the foregoing verified claim of Ford Motor Credit Company and know the contents thereof. I am informed and believe that the matters stated are true and on that basis I declare that the matters stated are true.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2014

/s/ Wendy Smith
Wendy Smith

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served electronically via ECF upon the following:

Rob Rabuck, Esq. rob.rabuck@usdoj.gov
Charles Keefe, Esq. keefe@wbdklaw.com

# Exhibit A

**NEW HAMPSHIRE SIMPLE INTEREST VEHICLE RETAIL INSTALLMENT CONTRACT** DATE 12/29/2010

Ford Credit
www.fordcredit.com

Buyer (and Co-Buyer) Name and Address (Including County and Zip Code):
PANAGIOTES J ELIOPOULOS
KATIE A ELIOPOULOS
189 WINCHESTER ROAD
RICHMOND NH 03470
RICHMOND

Creditor (Seller Name and Address):
ROUNTREE FORD LINCOLN
115 MONADNOCK HIGHWAY
SWANZEY NH 03446

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

| New/Used | Mileage | Year and Make | Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 457 | 2011 FORD TRUCK | S-BIT F-250 | 1FT7W2B68BEA60833 | ☒ Personal ☐ Agricultural ☐ Commercial |

Trade-in 2000 VOLKSWAGEN (Year and Make) $ 4180.00 (Gross Allowance) $ N/A (Amount Owing)

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price $ 47833.50 (1)
2. Down Payment
   - Third Party Rebate Assigned to Creditor $ 1500.00
   - Cash Down Payment $ 7000.00
   - N/A $ N/A
   - Trade-in (description above) $ 4180.00
   - Total Down Payment $ 12600.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ 35733.50 (3)
4. Amounts paid on your behalf (Seller may be retaining a portion of these amounts)
   - To Public Officials
     - (i) for license, title & registration fees $ 25.00
     - (ii) for official fees $ N/A
     - (iii) for taxes (not in Cash Price) $ N/A — $ 25.00
   - To Insurance Companies for:
     - Credit Life Insurance $ N/A
     - Credit Disability Insurance $ N/A
     - N/A $ N/A
     - N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - To N/A for N/A $ N/A
   - Total $ 25.00 (4)
5. Amount Financed (3 plus 4) $ 35258.50 (5)

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid when you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your downpayment of $12600.00 |
|---|---|---|---|---|
| 6.90 % | $ 7891.10 | $ 35258.50 | $ 43149.60 | $ 55749.60 |

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due ☒ Monthly ☐ Semi-Annually ☐ Annually |
|---|---|---|
| 72 | 599.30 | Starting JANUARY 28 2011 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

Prepayment: If you pay off your debt early, you will not have to pay a penalty.
Late Payment: You must pay a late charge on the portion of each payment received more than 10 days late. The charge is [illegible] percent of the late amount.
Security Interest: You are giving a security interest in the vehicle being purchased.
Contract: Please see this contract for additional information on security interest, nonpayment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

**INSURANCE**

YOU ARE REQUIRED TO INSURE THE VEHICLE. YOU MAY OBTAIN VEHICLE INSURANCE FROM A PERSON OF YOUR CHOICE. LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

Credit ☐ Life N/A Insurance Company
$ N/A N/A Premium Insured(s)
You want Credit Life Insurance.
Buyer Signs
Co-Buyer Signs

Credit ☐ Disability N/A Insurance Company
$ N/A N/A Premium Insured(s)
You want Credit Disability Insurance.
Buyer Signs
Co-Buyer Signs

OTHER OPTIONAL INSURANCE

Coverage and Insurance Company N/A — Premium and Term in Months $ N/A
By N/A — N/A
N/A — $ N/A
By N/A — N/A

You want the optional insurance for which premiums are included above.
Buyer Signs
Co-Buyer Signs

Credit Life and Credit Disability Insurance are for the term of the contract. The amount and coverages are shown in a notice or agreement given to you today.

☐ Debt Cancellation Waiver Addendum (Optional) If this box is checked you have purchased a debt cancellation waiver. Purchase of this coverage is optional and is not required to obtain credit. The terms and conditions of the debt cancellation waiver are set forth in the attached Addendum which is incorporated into this contract. The price for the debt cancellation waiver is set forth on this contract in the itemization of Amount Financed under section 4.

Buyer Signs

Anti-Theft Product (Optional)
☐ If this box is checked you purchased the anti-theft product(s) listed below. The purchase of anti-theft product(s) is optional and not required to obtain credit, even if the product(s) is already installed on the vehicle you selected. You may purchase anti-theft product(s) from the person of your choice. By signing below, you agree to purchase the anti-theft product(s) at the price disclosed.

N/A $ N/A Term N/A
$ N/A Term N/A
$ N/A Term N/A

Buyer Signs X

Changes to this contract must be in writing and signed by you and the Creditor.

Buyer Signs
Co-Buyer Signs X [signature]

YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and may retain its right to receive a portion of the Finance Charge.

**NOTICE TO THE BUYER**

1. Do not sign this contract before reading.
2. You are entitled to an exact copy of the contract you sign.

Buyer (and Co-Buyer) acknowledge that (1) before signing this contract, Buyer (and Co-Buyer) received and reviewed a completely filled in copy of this contract and (2) at the time of signing this contract, Buyer (and Co-Buyer) received a true and completely filled in copy of this contract.

Buyer Signs X [signature] Co-Buyer Signs X [signature]

Seller ROUNTREE FORD LINCOLN By X [signature] Title Clerk

THIS CONTRACT IS NOT VALID UNTIL YOU AND SELLER SIGN IT.

**ASSIGNMENT**

Seller may transfer this contract to another person. That person will then have all Seller's rights, privileges, and remedies. By signing below, the Seller transfers this contract to FORD MOTOR CREDIT COMPANY ("Assignee").

Questions about this contract, call 1-800-727-7000, or visit their website at www.fordcredit.com

Seller ROUNTREE FORD LINCOLN By X [signature] Title Clerk

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

ORIGINAL

PLY 1 - ORIGINAL PLY 2 - BUYER'S COPY PLY 3 - CO-BUYER/GUARANTOR COPY PLY 4 - SELLER'S COPY (NON-TRANSFERABLE)

THIS IS TO CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL SALES CONTRACT OF:
FORD MOTOR CREDIT COMPANY
BY: [signature] DATE: 09/03/14
SUBSCRIBED AND SWORN TO BEFORE ME THIS [illegible] DAY OF [illegible] 20 14
NOTARY

Falana Murray
NOTARY PUBLIC
State of South Carolina
My Commission Expires
June 4, 2019

FALANA MURRAY NOTARY PUBLIC SOUTH CAROLINA

04614371

## ADDITIONAL AGREEMENTS

NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER."

Used Motor Vehicle Buyers Guide. If you are buying a used vehicle with this contract, federal regulations may require a special Buyers Guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

Guía para compradores de vehículos usados. LA INFORMACION QUE APARECE EN LA VENTANILLA DE ESTE VEHICULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO Y QUE APAREZCA EN EL CONTRATO DE VENTA.

## GUARANTY

Guarantor ________________ Address ________________

Guarantor ________________ Address ________________

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY

## ARBITRATION

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

THIS IS TO CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL SALES CONTRACT OF: FORD MOTOR CREDIT COMPANY

BY: ________ DATE: 09/03/14

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd DAY OF September 2014



Falana Murray
NOTARY PUBLIC
State of South Carolina
My Commission Expires
June 4, 2019

CERTIFICATE OF TITLE

# STATE OF NEW HAMPSHIRE

VEHICLE IDENTIFICATION NO. 1FT7W2B68BEA60933

TITLE NO.

| MODEL YR | MFG YR. | GVW | AXLES | CYL |
|---|---|---|---|---|
| 2011 | | 9900 | 2 | 8 |

| MAKE | MODEL | BODY STYLE | ODOMETER | NEW/USED | ISSUED DATE | PURCHASED DATE |
|---|---|---|---|---|---|---|
| FORD | F250 | PKUP | 457 | NEW | 01/20/2011 | 12/29/2010 |

ACTUAL MILEAGE

PREVIOUS TITLE & STATE

MAILING ADDRESS
FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 303485704

THIS IS TO CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL TITLE
FORD MOTOR CREDIT COMPANY
BY [signature] DATE 09/03/14
SUBSCRIBED AND SWORN TO BEFORE ME THIS 03 DAY OF September, 2014
[signature] NOTARY

OWNER(S) NAME AND ADDRESS
ELIOPOULOS, PANAGIOTES J OR
ELIOPOULOS, KATIE A
189 WINCHESTER RD
RICHMOND NH 03470

BRANDS/PERTINENT INFORMATION

FIRST LIENHOLDER NAME AND ADDRESS
FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 303485704

SECOND LIENHOLDER NAME AND ADDRESS

Falana Murray
NOTARY PUBLIC
State of South Carolina
My Commission Expires
June 4, 2019

(Seal: FALANA MURRAY NOTARY PUBLIC SOUTH CAROLINA)

RELEASE OF LIEN

THE LIENHOLDER ON THIS VEHICLE DESCRIBED ON THIS CERTIFICATE DOES HEREBY STATE THAT THE LIEN IS RELEASED.

______________ BY ______________ DATE ______
FIRM SIGNATURE OF AUTHORIZED AGENT

______________ BY ______________ DATE ______
FIRM SIGNATURE OF AUTHORIZED AGENT

THE DIVISION OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE APPLICANT HEREIN NAMED IS DULY REGISTERED AS THE OWNER OF THE VEHICLE DESCRIBED ABOVE; AND THAT FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DIVISION, THE VEHICLE DESCRIBED IS SUBJECT TO THE LIENS ENUMERATED, IF ANY, AND NO OTHERS.

CONTROL NUMBER
DO1568O3

RICHARD C. BAILEY, JR.
DIRECTOR

TDMV1 (REV 01/10)

591

HOLD TO LIGHT TO VIEW EAGLE WATERMARK

VOID IF ALTERED