# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )   Case No. 14-294-PB<br>) |
| **Six Hundred Ninety Five Dollars ($695.00) in U.S. Currency, more or less, seized from Phat Stuff, Keene, New Hampshire; et al,** | )<br>)<br>)<br>) |
| **Defendants** *in rem* | )<br>) |

## ASSENTED MOTION TO FILE LATE ANSWER

NOW COMES, the claimant, Katie Eliopoulos, by and through her counsel, and moves this Honorable Court to allow her to file a late Answer in this matter. In support thereof, it is alleged as follows:

1. On August 20, 2014, counsel for the claimant filed, through the ECF system, a Notice of Claim Pursuant to Pursuant to Rule G(5)(a)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Notice of Claim").

2. Due to accident, mistake or misfortune the Notice of Claim was improperly filed.

3. Due to this, undersigned counsel's office incorrectly calendared when the claimant's Answer was due. Both the Court and counsel for the Plaintiff recently informed undersigned counsel that the claimant's Answer was past due.

4. Undersigned counsel immediately contacted counsel for the Plaintiff to apologize and seek his assent to filing a late Answer.

5. Counsel for the claimant has spoken with Assistant United States Attorney Robert Rabuck who assents to the late filing of the claimant's Answer in this matter.

6. The claimant's Answer is filed along with this Motion.

WHERFORE, the claimant prays for the following relief:

A. To allow the late filing of the claimant's Answer;

B. Such other relief as the Court deems just.

Respectfully submitted,

Katie Eliopoulos
By her attorneys,

WILSON, BUSH, DURKIN & KEEFE

Dated: September 18, 2014        /s/ Charles J. Keefe
Charles J. Keefe
184 Main Street, Suite 222
Nashua, New Hampshire 03060
(603) 595-0007
NH Bar No.: 14209

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Assented Motion for Late Entry of Claim was this date forwarded to Robert Rabuck, Esquire, Assistant U.S. Attorney.

Dated: September 18, 2014        /s/ Charles J. Keefe
Charles J. Keefe

```
ERROR: undefined
OFFENDING COMMAND:

STACK:
```