# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 14-294-PB |
| ) | |
| Six Hundred Ninety Five Dollars ($695.00) in U.S. ) | |
| Currency, more or less, seized from Phat Stuff, ) | |
| Keene, New Hampshire; et al, ) | |
| ) | |
| Defendants *in rem.* ) | |
| _____) | |

## ASSENTED-TO MOTION TO CONTINUE
## THE PRETRIAL CONFERENCE OF OCTOBER 20, 2014

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of New Hampshire, the United States of America respectfully moves this Court to continue the pretrial conference currently scheduled for October 20, 2014. In support of this Motion, the United States states as follows:

1. Assistant United States Attorney Robert J. Rabuck is scheduled to be travelling out of the country on official business and will not be in the District for the pretrial conference currently scheduled for October 20, 2014.

2. Assistant United States Attorney Robert J. Rabuck will be in the District beginning October 27, 2014.

3. Charles J. Keefe, Esquire, counsel for Katie Eliopoulos and Panogiotes Eliopoulos; and Kristin Lindsey, Esquire, counsel for Ford Motor Credit Company, concur with the filing of this motion.

4. Due to the nature of this motion, no memorandum of law is necessary.

For the reasons stated herein, the United States respectfully requests that the Court continue the pretrial conference currently scheduled for October 20, 2014, to a date on or after October 27, 2014.

                                            Respectfully submitted,

                                            JOHN P. KACAVAS
                                            United States Attorney

October 14, 2014                  By:    /s/ Robert J. Rabuck
                                               Robert J. Rabuck
                                               N.H. Bar No. 2087
                                             Assistant U.S. Attorney
                                             U.S. Attorney's Office
                                             53 Pleasant Street, Fourth Floor
                                             Concord, NH 03301
                                             603-225-1552
                                             rob.rabuck@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2014, the foregoing Assented-To Motion to Continue the Pretrial Conference of October 20, 2014 was served via ECF on Charles J. Keefe, Esquire, counsel for Katie Eliopoulos and Panogiotes Eliopoulos; and Kristin Lindsey, Esquire, counsel for Ford Motor Credit Company.

                                             /s/ Robert J. Rabuck
                                             Robert J. Rabuck, AUSA