IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 14-294-PB |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Six Hundred Ninety Five Dollars ($695.00 ) in | ) |
| U.S. Currency, more or less, seized from Phat | ) |
| Stuff, Keene, New Hampshire; et al, | ) |
| | ) |
| Defendants *in rem* | ) |

**NOTICE OF OBJECTION**

NOW COMES Ford Motor Credit Company ("Ford"), by and through counsel, Niederman, Stanzel & Lindsey, PLLC, and hereby files this Notice of Objection.

1. On October 9, 2014, the Defendant filed a motion to stay these proceedings;

2. Prior to that date, Ford filed a timely claim in this matter asserting its right to one 2011 Ford F250, NH Registration #2977098, Vin #1FT7W2BEA60933, registered to Panagiotes and Katie Eliopoulos.

3. As of October 29, 2014, Panageiotes and Katie Eliopoulos are $2,463.19 in arrears on their monthly payments to Ford.

4. In light of the lack of payments to Ford, Ford objects to the motion to stay proceedings filed by the Defendant.

Respectfully submitted,

Ford Motor Credit
By its attorneys,

Niederman, Stanzel & Lindsey, PLLC

By: /s/ Jay M Niederman
Jay M. Niederman, NH Bar #1874
55 West Webster Street
Manchester, NH 03104
603-668-5960
jay@nslnh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served electronically via ECF upon the following:

Rob Rabuck, Esq.      rob.rabuck@usdoj.gov
Charles Keefe, Esq    keefe@wbdklaw.com