UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 14-294-PB |
| ) | |
| Six Hundred Ninety Five Dollars ($695.00) ) | |
| in U.S. Currency, more or less, seized from ) | |
| Phat Stuff, Keene, New Hampshire; et al, ) | |
| ) | |
| Defendants *in rem*. ) | |
| _____ ) | |

ORDER FOR INTERLOCUTORY SALE OF ONE 2011
FORD F 250, NH REGISTRATION #2977098, VIN #1FT7W2B68BEA60933,
REGISTERED TO PANAGIOTES AND KATIE ELIOPOULOS

Having reviewed the Assented-To Motion for Interlocutory Sale of one 2011 Ford F 250, NH Registration #2977098, Vin #1FT7W2B68BEA60933, registered to Panagiotes and Katie Eliopoulos, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1. The defendant *in rem* vehicle, one 2011 Ford F 250, NH Registration #2977098, Vin #1FT7W2B68BEA60933, registered to Panagiotes and Katie Eliopoulos, shall be sold at an interlocutory sale pursuant to the terms set forth in the Assented-To Motion for Interlocutory Sale;

    2. The claimants, Panagiotes and Katie Eliopoulos and Ford Motor Credit Company, will execute promptly any documents which may be required to complete the interlocutory sale of the defendant property;

    3. The defendant property will be sold by the United States Marshals Service;

    4. The proceeds realized from the sale of the defendant property, less payment of the Ford Motor Credit Company lien and reasonable and necessary expenses, shall be transmitted to

the United States Marshals Service, where it will be held, and shall be substituted as the "res" for the defendant property in this proceeding. The proceeds (substitute res) shall be held by the United States Marshals Service, pending further order of the Court.

/s/ Paul Barbadoro
UNITED STATES DISTRICT JUDGE

```
cc:   Counsel of Record
      US Marshal
```