IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) Case No. 14-294-PB | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Six Hundred Ninety Five Dollars ($695.00 ) in ) | |
| U.S. Currency, more or less, seized from Phat ) | |
| Stuff, Keene, New Hampshire; et al, ) | |
| ) | |
| Defendants *in rem* ) | |

## WITHDRAWAL OF CLAIM OF FORD MOTOR CREDIT

TO:   PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ford Motor Credit has received payment for the 2011 Ford F250, NH Registration #2977098, Vin #1FT7W2B68BEA60933, registered to Panagiotes and Katie Eliopoulos, and hereby withdraws its Claim.

Respectfully submitted,

Ford Motor Credit
By its attorneys,

Niederman, Stanzel & Lindsey, PLLC

By: /s/ Jay M Niederman
Jay M. Niederman, NH Bar #1874
55 West Webster Street
Manchester, NH 03104
603-668-5960
jay@nslnh.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served electronically via ECF upon the following:

Rob Rabuck, Esq.      rob.rabuck@usdoj.gov
Charles Keefe, Esq    keefe@wbdklaw.com