# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **United States of America,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 14-294-PB |
| ) | |
| **Six Hundred Ninety Five Dollars ($695.00)** ) | |
| **in U.S. Currency, more or less, seized from** ) | |
| **Phat Stuff, Keene, New Hampshire; et al,** ) | |
| ) | |
| **Defendants** *in rem*. ) | |
| _____) | |

### ORDER DISMISSING $129.00 FROM DEFENDANT
### *IN REM* (1) AND DISMISSING DEFENDANT *IN REM* (4)

1.    On July 3, 2014, the United States commenced an action by filing a Verified Complaint for Forfeiture in Rem, seeking the forfeiture of the defendants *in rem*, based upon alleged violations of 21 U.S.C. § 881(a)(6) and (10).

2.    The United States and Pangiotes and Katie Eliopoulos have reached an agreement which provides for the dismissal of $129.00 from defendant *in rem* (1) Six Hundred Ninety Five Dollars ($695.00) in U.S. Currency, more or less, seized from Phat Stuff, Keene, New Hampshire, and defendant *in rem* (4) Funds in the amount of $9,871.00, seized from TD Bank Savings Account No. 9734334339, in the name of Panagiotes J. Eliopoulos.  Accordingly, these assets listed above shall be dismissed and returned to Panagiotes Eliopoulos, through his attorney, Charles J. Keefe.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A.    That $129.00 from defendant *in rem* (1) Six Hundred Ninety Five Dollars ($695.00) in U.S. Currency, more or less, seized from Phat Stuff, Keene, New Hampshire, and defendant *in rem* (4) Funds in the amount of $9,871.00, seized from TD Bank Savings Account

No. 9734334339, in the name of Panagiotes J. Eliopoulos, are hereby dismissed from this action and shall be returned to Panagiotes Eliopoulos, through his attorney, Charles J. Keefe.

The Clerk is hereby directed to send two certified copies of this Order to the United States Marshal's Service and one certified copy to United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.

Dated:  April 7, 2016                         /s/ Paul Barbadoro
                                                                                   Paul Barbadoro
                                                                                   United States District Judge