UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

USA

      v.                                Civil No. 14-cv-00294-PB

$695.00 US Currency, et al

**J U D G M E N T**

In accordance with the following, judgment is hereby entered:

1. Stipulated Settlement Agreement filed April 4, 2016;

2. Order by Judge Paul Barbadoro dated April 7, 2016, dismissing $129.00 from Defendant in rem (1), and Defendant in rem (4); and

3. Order by Judge Paul Barbadoro dated April 7, 2016, approving the final order of forfeiture of $566.00 from Defendant in rem (1), and Defendants in rem (2), (3) and (5) through (29).

                                                    By the Court,

                                                    Daniel J. Lynch
                                                    Clerk of Court

Date: April 11, 2016

cc:      Counsel of Record