**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | | |
|---|---|---|
| PLAINTIFF | United States of America | COURT CASE NUMBER: 14-CV-294-PB |
| DEFENDANT | $695.00 in U.S. Currency, seized from Phat Stuff, Keene, NH, et al | TYPE OF PROCESS: Order of Dismissal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: see below
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert J. Rabuck, AUSA
US Attorney's Office
55 Pleasant Street
Concord, NH 03301

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please dismiss $129.00 from the following defendant-in-rem, and return to Panagiotes Eliopoulos, via his attorney, according to the Stipulated Settlement Agreement and Order of Dismissal:

CATS ID #14-DEA-598294 $695.00 in U.S. Currency

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Robert J. Rabuck, AUSA
TELEPHONE NUMBER: (603) 225-1552
DATE: 4/8/16

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 49
District to Serve No.: 49
Signature of Authorized USMS Deputy or Clerk: Kate Krause
Date: 4/8/16

I hereby certify and return that ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted be

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 4/14/16
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Kate Krause

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 |

REMARKS: $129.00 Confirmed paid to Panagiotes Eliopoulos on 4/14/16 in care of his attorney.

PRINT 5 COPIES:
1. CLERK OF THE COURT ✓
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00